IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BRONSON EDINGTON                                                          PLAINTIFF

v.                          CASE NO. 3:19-CV-00063 BSM

DOES                                                                     DEFENDANTS

## ORDER

After careful review, United States Magistrate Judge Joe J. Volpe's findings and recommendations [Doc. No. 8] are adopted, and Bronson Edington's case is dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. section 1915(g), and an *in forma pauperis* appeal would not be in good faith.

IT IS SO ORDERED this 28th day of May 2019.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE