IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRONSON EDINGTON**                                                              **PLAINTIFF**

**v.**                 **CASE NO. 3:19-CV-00063 BSM**

**DOES**                                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of May 2019.

                                                                                 UNITED STATES DISTRICT JUDGE